# UNITED STATES DISTRICT COURT
for the

## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| | ) Case No.  6:18-po-00154-JDP |
| MATTHEW H. GOODRICH | ) |
| | ) |
| *Defendant* | ) |

**PROBATION ORDER PURSUANT TO A DEFERRED JUDGMENT AGREEMENT
BETWEEN THE PARTIES**

      The defendant having been found guilty of an offense under 36 CFR 2.35(b)(2), and pursuant to an agreement between the Government and the Defendant,

**IT IS ORDERED:** The defendant is placed on probation as provided in the agreement between the parties for a period of 12 months, expiring on July 11, 2019, without a judgment of conviction first being entered.  The defendant must comply with the standard conditions of probation set forth in this order, and the following conditions found on page two:

1.  The defendant's probation shall be unsupervised by the probation office.
2.  The defendant is ordered to obey all federal, state, and local laws.
3.  The defendant shall notify the court and the government officer within seven days of any change in the defendant's address.  If represented, the defendant shall provide such notice through counsel.

Date:  07/16/2018

/s/ Jeremy D. Peterson

**JEREMY D. PETERSON**
*United States Magistrate Judge*

**Conditions of Probation**

While on probation, you must also:

1. The defendant shall pay a fine of $560.00 and a processing fee $30.00 and a special assessment of $10.00 for a total financial obligation of $600.00, which shall be paid in full by May 11, 2019. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

    CENTRAL VIOLATIONS BUREAU
    PO BOX 71363
    Philadelphia, PA 19176-1363
    1-800-827-2982

2. The defendant is ordered to personally appear for a Probation Review Hearing on 6/11/2019 at 10:00 am before U.S. Magistrate Judge Jeremy D. Peterson.

    **OTHER**

3. The defendant shall advise the court and the government officer within seven days of being cited or arrested for any alleged violation of law.  If represented, the defendant shall provide such notice through counsel.

4. The defendant shall notify the court and the government officer within seven days of any change in defendant's economic circumstances that might prevent the defendant from making all payments required in condition four above.